UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

PAUL EDWARD ELZA and CHAPTER 7
JUDITH ELAINE ELZA, CASE NO.: 12-60612-jms
DEBTORS,

## ORDER

This matter having come before the Court upon Debtor's Motion to Avoid Judgment Liens, and the Court being sufficiently advised,

IT IS HEREBY ORDERED as follows:

(1) That the Judgment Lien of Midland Funding LLC, be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare and record a Release of said Judgment Lien, currently of record in Les Pendens Book 98, Page 152, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

(2) That the Judgment Lien of Hanson Aggregates Midwest Inc., be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare and record a Release of said Judgment Lien, currently of record in Lis Pendens Book 98, Page 150, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

(3) That the Judgment Lien of Midland Funding LLC, be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare

and record a Release of said Judgment Lien, currently of record in Lis Pendens Book 102, Page 87, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

(4)  That the Judgment Lien of RSC Equipment Rental, Inc., be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare and record a Release of said Judgment Lien, currently of record in Lis Pendens Book 100, Page 838, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

(5)  That the Judgment Lien of Erving Leasing Co., be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare and record a Release of said Judgment Lien, currently of record in Lis Pendens Book 101, Page 381, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

(6)  That the Judgment Lien of First National Bank of Manchester, be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare and record a Release of said Judgment Lien, currently of record in Lis Pendens Book 96, Page 118, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

(7)  That the Judgment Lien of First National Bank of Manchester, be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare and record a Release of said Judgment Lien, currently of record in Lis Pendens Book 96, Page 119, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

(8) That the Judgment Lien of Cumberland Valley National Bank and Trust Company, be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare and record a Release of said Judgment Lien, currently of record in Lis Pendens Book 96, Page 28, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

(9) That the Judgment Lien of Cumberland Valley National Bank and Trust Company, be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare and record a Release of said Judgment Lien, currently of record in Lis Pendens Book 96, Page 30, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

(10) That the Judgment Lien of Laurel County Property Tax Lien, be and it hereby is AVOIDED and RELEASED, and Hon. Joe T. Roberts, attorney, is authorized to prepare and record a Release of said Judgment Lien, currently of record in Lis Pendens Book 97, Page 571, of the Laurel County Court Clerk's office, immediately upon entry of this Order.

Pursuant to Local Rule 9022-1(c), Hon. Joe T. Roberts
shall cause a copy of this Order to be served
on each of the parties designated to receive
this Order pursuant to Local Rule 9022-1(a)
and shall file with this Court a Certificate
of Service of the Order upon such parties
Within ten (10) days hereof.

Cc:

U. S. Trustee
Eastern District of Kentucky
Fifth Floor
100 E. Vine Street
Lexington, KY 40507

3

Hon. James R. Westenhoefer, Trustee
212 South Third Street
Richmond, KY 40475

Morgan & Potter, P.S.C.
Hon. Kathryn Hogan
204 East Market Street
Louisville, KY 40202

Lloyd & Mc Daniel, PLC
Hon. Jason Daunt
P.O. Box 23200
Louisville, KY 40223-0200

Fowler Measle & Bell, PLLC
Hon. Jerred P. Roth
300 West Vine Street, Suite 600
Lexington, KY 40507-1660

Lloyd & McDaniel, PLC
Hon. Patrick J. Kilburn
P.O. Box 23200
Louisville, KY 40223-0200

Hon. Greg D. Voss, Esq.
Attorney and Counselor at Law
2131 Chamber Center Dr.
Ft. Mitchell, KY 41007

Clint J. Harris
21 Bankers Alley
Manchester, KY 40962

Hon. Jeffrey T. Weaver
Legal Counsel
Cumberland Valley National Bank
P.O. Box 709
London, KY 40743

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: **Thursday, May 22, 2014**
(grs)